UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID D MORGAN                           Chapter 13

                Debtor                   Bankruptcy No. 16-12334-JKF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this ___4th___ day of ___August___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
SCOTT F. WATERMAN ESQ
110 W FRONT ST

MEDIA, PA 19163-


Debtor:
DAVID D MORGAN

856 SOUTH FRONT STREET

PHILADELPHIA, PA 19147