United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-12334-jkf
David D Morgan                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW             Page 1 of 2             Date Rcvd: Aug 04, 2016
                              Form ID: pdf900            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2016.
db          +David D Morgan,    856 South Front Street,    Philadelphia, PA 19147-4341
13703694    +City of Philadelphia,    Parking Violations Branch,    P.O. Box 12866,
              Philadelphia, PA 19176-0866
13703696   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
             (address filed with court: Ditech Financial LLC,     332 Minnesota St Ste 610,
              Saint Paul, MN 55101)
13703697    +Edward J Leonard, Esquire,    12800 Townsend Road,    Philadelphia, PA 19154-1003
13703698    +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
              Philadelphia, PA 19106-1538
13703699    +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13771585    +Philadelphia Municipal Court,    Traffic Division,    800 Spring Garden Street,
              Philadelphia PA 19123-2616,    Honorable Gary Glazer
13703700    +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13703701    +Udren Law Office, P.C.,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
              Cherry Hill, NJ 08003-3620
13760894    +West Coast Servicing, Inc.,    7911 Warner Ave,    Huntington Beach, CA 92647-4707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Aug 05 2016 01:22:46     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 05 2016 01:22:40     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13703692    +E-mail/Text: seinhorn@ars-llc.biz Aug 05 2016 01:22:56     Ability Recovery Services,
              Pob 4031,    Wyoming, PA 18644-0031
13703693    +E-mail/Text: bankruptcy@phila.gov Aug 05 2016 01:22:46     City of Philadelphia,
              Major Tax Unit/ Bankruptcy Dept.,    1401 John F. Kennedy Blvd,    Room 580,
              Philadelphia, PA 19102-1611
13703695    +E-mail/Text: Umesh.Patil@credencerm.com Aug 05 2016 01:22:55     Credence Resource Mana,
              17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
13727082     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 05 2016 01:22:23
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
13703702    +E-mail/Text: gohno@wcrsi.com Aug 05 2016 01:22:54     West Coast Servicing, Inc.,
              17011 Beach Blvd, Suite 300,    Huntington Beach, CA 92647-5950
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2016 at the address(es) listed below:
              JOHN ERIC KISHBAUGH    on behalf of Creditor    West Coast Servicing, Inc. jkishbaugh@udren.com,
               vbarber@udren.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Debtor David D Morgan scottfwaterman@gmail.com,
               scottfwaterman@gmail.com

```
District/off: 0313-2           User: ChrissyW                Page 2 of 2                   Date Rcvd: Aug 04, 2016
                               Form ID: pdf900               Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                    TOTAL: 5

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID D MORGAN                          Chapter 13

                    Debtor              Bankruptcy No. 16-12334-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _4th_ day of _August_, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
SCOTT F. WATERMAN ESQ
110 W FRONT ST

MEDIA, PA 19163-


Debtor:
DAVID D MORGAN

856 SOUTH FRONT STREET

PHILADELPHIA, PA 19147